# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.   2:23-mj-1684                                          Date   April 10, 2023

Title   United States v. Joshua Frank Henton

Present: The Honorable   Margo A. Rocconi, United States Magistrate Judge

| Valerie Velasco | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**        ORDER OF DETENTION

Defendant is alleged to have violated the terms of supervised release regarding a case arising from the Southern District of California.  Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge.

On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for forthwith transfer to the Southern District of California.